# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:22-cr-00336 |
| | ) | |
| Plaintiff, | ) | JUDGE DAVID A. RUIZ |
| | ) | |
| vs. | ) | ORDER ACCEPTING PLEA |
| | ) | AGREEMENT, JUDGMENT AND |
| TYRONE WILLIAMS, | ) | REFERRAL TO U.S. PROBATION |
| | ) | OFFICE |
| Defendant. | ) | |
| | ) | |

This case is before the Court on a Report and Recommendation (R&R) filed by United States Magistrate Judge Thomas M. Parker regarding the change of plea hearing of Defendant Tyrone Williams which was referred to the Magistrate Judge with the consent of the parties.

On June 23, 2022, the Government filed a six count Indictment, charging Defendant Tyrone Williams in Count 1 with Conspiracy to Commit Bank Fraud, in violation of 18 U.S.C. § 1349, and in Count 2 with Conspiracy to Commit Bank Fraud, in violation of 18 U.S.C. § 1349. Defendant Tyrone Williams was arraigned on June 30, 2022, during which Mr. Williams entered a plea of not guilty to the charges. On August 24, 2023, Magistrate Judge Parker received Defendant's plea of guilty to Count 1 of the Indictment, with a written plea agreement, and issued the R&R, concerning whether the plea should be accepted and a finding of guilty entered.

Neither party has objected to the Magistrate Judge's R&R and more than fourteen days has passed since it was issued. The matter is ripe for review.

On *de novo* review of the record, the Magistrate Judge's R&R is adopted. Defendant Tyrone Williams is found to be competent to enter a plea and to understand his constitutional

rights. He is aware of the charges against him and of the consequences of entering a plea. There is an adequate factual basis for the plea. The Court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Defendant Tyrone Williams is adjudged guilty of Count 1 of the Indictment, Conspiracy to Commit Bank Fraud, in violation of 18 U.S.C. § 1349. This matter was referred to U.S. Pretrial Services and Probation Office for the completion of a pre-sentence investigation and report. Sentencing will take place on December 13, 2023, at 12:00 p.m. in Courtroom 17B, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

*s/David A. Ruiz*     9/12/2023
DAVID A. RUIZ
UNITED STATES DISTRICT JUDGE